UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EMPIRE ASSET MANAGEMENT COMPANY,

                  Petitioner,

-against-

JOSEPH BEST,

                  Respondent.
-----------------------------------------------------------X

21 CIVIL 4542 (PAC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 28, 2021, Defendant's motion is granted. Under Katz v. Cellco Partnership, 794 F.3d 341 (2d Cir. 2015), a district court must stay judicial proceedings pending arbitration "after all claims have been referred to arbitration and a stay [is] requested." Id. at 345. Here, however, neither party requests a stay of the judicial proceedings; instead, Empire requests only a stay of the underlying arbitration proceedings. Accordingly, because neither party has requested a stay of the federal action, Katz is inapplicable and this case is DISMISSED with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

        June 29, 2021

                                          **RUBY J. KRAJICK**

                                             Clerk of Court

BY:

                                                 **Deputy Clerk**